EAP:eap
AO 91 (Rev. 11/11) Criminal Complaint

2020R00252

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-mj-480 DTS |
| v. | |
| MOHAMED HUSSEIN ABDI | FILED UNDER SEAL |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 28, 2020, in Ramsey County, in the State and District of Minnesota, the defendant, Mohamed Hussein Abdi, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, Gordon Parks High School, located at 1212 University Avenue West, St. Paul, Minnesota, in violation of Title 18, United States Code, Section(s) 844(i).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (via FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: June 26, 2020

City and State: St. Paul, MN

Dominic S. Bates, Special Agent
*Printed name and title*

*Judge's Signature*

Hon. David T. Schultz
United States Magistrate Judge
*Printed Name and Title*