UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-480 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MOHAMED ABDI,<br><br>            Defendant. | **MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Melinda A. Williams and Emily Polachek, Assistant United States Attorneys, hereby moves the Court to unseal the above-referenced case, including the complaint.

Dated: July 1, 2020

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Melinda A. Williams*
BY: MELINDA A. WILLIAMS
EMILY POLACHEK
Assistant United States Attorneys
Attorney ID No. 491005DC