UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-480 (DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

**ORDER**

  v.

MOHAMED ABDI,

        Defendant.

This matter is before the Court on the government's motion to unseal the case, including the complaint. IT IS HEREBY ORDERED that the government's motion is granted; and further that the case, including the complaint, is hereby unsealed.

Dated: July 1, 2020

                                        *s/Hildy Bowbeer*
                                        Honorable Hildy Bowbeer
                                        United States Magistrate Judge