# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | **COURT MINUTES – CRIMINAL (via video conference)** |
| )  Plaintiff,                                    ) | BEFORE:  Hildy Bowbeer |
| ) | U.S. Magistrate Judge |
| v.                                                  ) | |
| ) | Case No:  20-mj-480 DTS |
| Mohamed Hussein Abdi,                ) | Date:  July 2, 2020 |
| ) | Video Conference |
| Defendant.                             ) | Court Reporter:  Carla Bebault |
| | Time Commenced:  9:03 a.m. |
| | Time Concluded:  9:19 a.m. |
| | Time in Court:  16 minutes |

x **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: 4 minutes/ 12 minutes

APPEARANCES:

  Plaintiff: Melinda Williams, Assistant U.S. Attorney
  Defendant: Lisa Lopez, Assistant Federal Public Defender
            X FPD

On    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

X Defendant consents to this hearing via video conference.

Defendant waives the preliminary hearing.

                                                          s/Sarah Erickson
                                                        Signature of Courtroom Deputy